JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON FORT, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendant. <br><br> *Member of ML-18-02814 AB (FFMx)* | Case No. CV 17-06631 AB (FFMx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that the above-entitled action has been settled.

The Court therefore ORDERS that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. Any Motion for Attorneys' fees must be filed within 45 days of this Order. **Dkt. No. 745, filed in ML 18-02814, is DENIED AS MOOT**. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 30, 2020        _____
                                                        ANDRÉ BIROTTE JR.
                                                        UNITED STATES DISTRICT JUDGE

1.