# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sharon Fort v. Ford Motor Company, et al.*, Case No. 2:17-cv-06631-AB-FFMx;<br><br>*Robert Bagwell v. Ford Motor Company, et al.*, Case No. 2:17-cv-06632-AB-FFMx | Case No. 18-ML-02814 AB (PVCx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ATTORNEYS' COSTS AND EXPENSES IN *BAGWELL V. FORD* AND *FORT V. FORD*** |

  The Court has reviewed the parties' stipulation concerning their dispute over the application of the portion of the Court's Order (Dkt. No. 1187) awarding Plaintiffs costs for their attorneys' fees expert, Jerome Studer.

  The Court has reviewed the Studer Declaration (Dkt. No. 1042-4) and the Plaintiffs' Consolidated Motion for Fees and the Reply thereto (Dkt. Nos. 955, 1042). Mr. Studer opined about both case-specific and common work fees, so his expert fee should be apportioned among the IDP cases. Although perhaps Plaintiffs didn't expressly "seek" that Studer's fee be prorated, that is the better approach on the record here. Plaintiffs have also not proposed an alternative method of apportioning Studer's

fee, so his fee shall be prorated by 1/30.

Therefore, in the matter of *Fort v. Ford*, Plaintiff shall receive $15,147.69 (comprised of $4,894.81 for "case-specific" costs and expenses, $90.67 in IDP "common work" attorney's fees, and $10,162.21 for IDP "common-work" costs and expenses) in costs and expenses. And, in the matter of *Bagwell v. Ford*, Plaintiff shall receive $14,950.60 (comprised of $4,697.72 for "case-specific" costs and expenses, $90.67 in IDP "common work" attorney's fees, and $10,162.21 for IDP "common-work" costs and expenses) in costs and expenses.

**IT IS SO ORDERED.**

Dated: December 09, 2021

_____
Honorable Andre Birotte Jr.